| | | |
|---|---|---|
| | AUSA:   Andrew Picek | Telephone:  (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Ryan Thick | Telephone:  (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Antonio Davis | Case: 2:26−mj−30285<br>Assigned To : Unassigned<br>Assign. Date : 5/14/2026<br>Description: CMP USA V. SEALED<br>(DJ) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 30, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§ 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Thick, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:   May 14, 2026

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

**<u>AFFIDAVIT IN SUPPORT OF CRIMIANL COMPLAINT</u>**

### I.   <u>INTRODUCTION AND AGENT BACKGROUND</u>

I, Ryan Thick, being first duly sworn, hereby depose and state as follows:

1.     I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since November 2022. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I completed 26 weeks of training, including the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and recognition of common subject behavior.

3.     While with ATF, I have investigated violent crimes, narcotics trafficking, and firearms related criminal violations. I have executed search and

arrest warrants, utilized confidential informants, performed interviews, analyzed data extracted from seized cellular devices, and engaged various surveillance techniques, including physical, electronic, and visual surveillance.

4. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

5. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

6. The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports, information from others who have personal knowledge of the events, circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Antonio DAVIS (DOB: XX/XX/1998), a convicted felon, has possessed ammunition in violation of 18 U.S.C. § 922(g)(1).

## II.    PROBABLE CAUSE

8.      I reviewed DAVIS's criminal history.  DAVIS has the following felony convictions:

   a.  2019- Felony Weapons Carrying Concealed- Sixth Circuit Court, Oakland County, Michigan,

   b.  2019- Felony Weapons Carrying Concealed- Third Circuit Court, Wayne County, Michigan,

   c.  2023- 18 U.S.C. 922(g)(1)- Felon in Possession of a Firearm and/or ammunition, United States District Court Eastern District of Michigan.

9.      DAVIS is currently on federal supervised release with the United States Probation Office in the Eastern District of Michigan. Therefore, DAVIS is aware of his status as a convicted felon, and that he is prohibited from possessing firearms and ammunition.

10.     On March 30, 2026, Detroit Police Department responded to a double non-fatal shooting incident that occurred in the parking lot of a business in Detroit, within the Eastern District of Michigan. During the shooting, the first victim (V1) was shot twice in the lower leg area and received serious, but non-fatal injuries. The second victim (V2) was shot once in the buttock area. DPD evidence techs responded to the scene and collect three 9mm spent shell casings from the area where the shooting occurred.

3

11.     I reviewed surveillance video footage from the shooting scene. The video showed the following.

12.     At approximately 4:33 a.m. EST, a white Ford Bronco was parked in the lot. V1 stood outside the vehicle for a short period of time and then sat in the driver's side rear seat with the door left open. V2 was sitting in the driver's seat. At approximately 4:34 a.m., a black Toyota minivan entered the parking lot. The black Toyota minivan pulled up next to the Ford Bronco's driver side, near V1. A male, wearing a black sweatshirt, grey pants, and white shoes, later identified as DAVIS, got out of the black Toyota minivan. DAVIS was holding a firearm and appeared to attempt to rob V1. Seconds later, V2 started to drive off, with V1 sitting in the back passenger seat. DAVIS pointed a firearm in the direction of V1 and V2 and fired multiple shots. DAVIS then got back into the passenger side of the Toyota minivan and the minivan drove off.

13.     Surveillance cameras in the area captured the shooting, as shown below.

4

*DAVIS attempting to rob V1 (note the pattern on his shoes)*



*DAVIS firing shots toward V1 and V2 as they drove off*



*DAVIS sweatshirt with a "recycling" style logo on front chest*



*DAVIS's unique clothing identifiers (white text across the upper back of his shirt, bright blue underwear or undershirt visible sticking out below sweatshirt):*



14.     Investigators reviewed license plate readers in the area and located the Toyota minivan nearby at approximately minutes after the shooting at 4:36 a.m. and obtained the license plate information. The minivan is a rental equipped with a GPS tracking device by the owner. Investigators obtained historical GPS location records

7

for the minivan, which showed the minivan was in the vicinity of the shooting scene and at the time the shooting occurred.

15. The GPS records also showed that the minivan stopped at a gas station in Detroit around 11:25 p.m. on March 29, 2026, about 5 hours before the shooting. I reviewed City of Detroit Project Green Light cameras from the gas station. The video showed the Toyota minivan pull into the gas station at approximately 11:26 p.m., and DAVIS went inside. DAVIS is readily identifiable from the video inside the gas station. DAVIS's United States Probation Officer also reviewed a photo of DAVIS from the gas station and confirmed DAVIS's identity.

16. DAVIS got out of the front passenger seat of the minivan and was wearing the same clothing he wore during the shooting: a black sweatshirt, grey pants, and white shoes.

*DAVIS exiting the front passenger seat*



*DAVIS entering inside the Mobile gas station*



*Unique identifiers on DAVIS's clothing and shoes*



11

*DAVIS wearing same color underwear or undershirt during the shooting, white lettering on top of back of shirt*



17.     Investigators obtained video surveillance footage from a restaurant and bar adjacent to the parking lot where the shooting occurred. Video inside the restaurant showed DAVIS and the driver of the minivan inside the restaurant at approximately 4:14 a.m. on March 30, 2026, 20 minutes before the shooting. DAVIS wore the same clothing as noted at the above Mobile gas station video. The driver

wore a dark colored jumpsuit with a red stripe across the chest and sleeves, dark color pants, and white shoes.

*DAVIS and the driver inside Checkmate Detroit*



18.     On April 24, 2026, detectives applied for and obtained a state search warrant for real-time and historical location data associated with DAVIS's cellular device. According to historical location records, DAVIS's cellular device was in the vicinity of the shooting scene at the approximate time the shooting occurred. Additionally, Investigators compared side by side photos of DAVIS's clothing worn during the location of the shooting incident, DAVIS inside Checkmate Detroit, and DAVIS at the mobile gas station.

*Shooting*

*Mobile gas station*




14

*Shooting*                                    *Checkmate Detroit*




15

*Mobile gas station*                    *Checkmate Detroit*

 

19.     On May 13, 2026, Detroit Police executed state search warrants at residences associated with DAVIS. The black hooded sweatshirt that DAVIS is seen wearing in the pictures above was found at a residence DAVIS was recently seen at and has stayed overnight. DAVIS's cellular device was located at one of the residences DAVIS was located at.

### III.     INTERSTATE NEXUS

20.     On May 11, 2026, ATF Interstate Nexus Expert, Special Agent Jimmie Pharr was provided a verbal and visual description of the head stamps of the shell casings that were recovered from the March 30, 2026, shooting scene in Detroit. SA

16

Pharr advised the ammunition was manufactured outside of the state of Michigan and thus had traveled in and affected interstate or foreign commerce.

### IV.    CONCLUSION

21.    Based on this information and DAVIS possession of ammunition on March 30, 2026, there is probable cause to believe that DAVIS violated 18 U.S.C. § 922(g)(1) by being a convicted felon in possession of ammunition.  This violation occurred in the Eastern District of Michigan.

Respectfully submitted,

Ryan Thick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. Kimberly G. Altman
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

DATE:  _____May 14, 2026_____

17